Petition for Writ of Mandamus Denied and Opinion filed September 19,
2002









Petition for Writ of Mandamus Denied and Opinion filed
September 19, 2002.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-02-00915-CV

____________

 

IN RE KENNETH LEIGHMAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

O P I N I O N

On September 4, 2002, relator
filed a petition for writ of mandamus in this Court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2002);  see also
Tex. R. App. P. 52.

We deny relator=s petition for writ of mandamus.  See Walker v. Packer, 827 S.W.2d 833,
837 (Tex. 1992)(party seeking relief has the burden of
providing this Court with a sufficient record to establish their right to
mandamus relief).  

 

PER CURIAM

Petition Denied and Opinion filed
September 19, 2002.

Panel consists of Justices
Edelman, Seymore, and Guzman.

Do Not Publish ‑ Tex. R. App. P. 47.3(b).